UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
Docket No. 7:10-MJ-1145-1

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| **John Richard Waters** | ) | |

On December 9, 2010, John Richard Waters appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Assault by Striking, Beating, or Wounding, in violation of 18 U.S.C. §113, was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on June 8, 2011, the court finds as a fact that John Richard Waters, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Criminal conduct.
2. Failure to participate as directed by the probation officer in a mental health program.
3. Failure to pay a monetary obligation.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 7 days.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the defendant be allowed to self surrender to the U.S. Marshal in Wilmington, North Carolina, on June 15, 2011, by 12:00 p.m. for service of the imprisonment term.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 8th day of June, 2011.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge